## Charles F. SMYTH v. UNITED STATES of America.
### No. 1489.

Circuit Court of Appeals, Tenth Circuit.

Feb. 1, 1937.

Long, Depew, Stanley, Weigand & Hook, of Wichita, Kan., for appellant.

S. S. Alexander, U. S. Atty., of Topeka, Kan.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on authority of Dye et al. v. The Farm Mortgage Inv. Company of Topeka, Kan. (C.C.A.10) 70 F.(2d) 514. ·